**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO: 26-10357** |
| | § | |
| **MCGLINCHEY STAFFORD, PLLC,** | § | **CHAPTER 7** |
| | § | |
| **DEBTOR.** | § | **SECTION A** |

**ORDER**

The Court held a scheduling conference on August 20, 2026, to discuss *Triad Financial Services, Inc.'s Motion for Relief from Automatic Stay for Purposes of Liquidating Claim and Recovering from Liability Insurance Proceeds* (the "Motion"), [ECF Doc. 137].

For the reasons stated on the record,

**IT IS ORDERED** that the scheduling conference is **CONTINUED** to **Friday, September 4, 2026, at 1:00 p.m.** before the undersigned at the U.S. Bankruptcy Court, Eastern District of LA, 500 Poydras Street, Courtroom B-709, New Orleans, LA, 70130. Parties in interest may participate in the hearing by **telephone only** (Dial-in 504.517.1385, Access Code 129611). Parties in interest are advised to review this Court's Amended General Order 2021-2, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that the Triad Financial Services, Inc. shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Order limiting service, [ECF Doc. 63], and file a certificate of service to that within three days.

New Orleans, Louisiana, August 20, 2026.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE